UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERETT W. CARRUTHERS SR., Plaintiff, -v- EQUIFAX INFORMATION SERVICES LLC, ET AL. Defendants. | 26-cv-7560 (JSR) ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff has informed the Court that the matter has been settled in principle as to all of plaintiff's claims against defendant LVNV FUNDING, LLC. Accordingly, the Court hereby dismisses this case with prejudice, only as to defendant LVNV FUNDING, LLC, with leave to either party to move within 30 days from the date hereof to reinstate the case against defendant LVNV FUNDING, LLC, if the settlement agreement is not fully effectuated.

SO ORDERED.

New York, New York
November 2, 2026

JED S. RAKOFF, U.S.D.J.