UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERETT W. CARRUTHERS SR., Plaintiff, -v- EQUIFAX INFORMATION SERVICES LLC, ET AL. Defendants. | 26-cv-7560 (JSR) ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff has informed the Court that the matter has been settled in principle as to all of plaintiff's claims against the remaining defendants Equifax Information Services LLC ("Equifax") and Midland Credit Management Inc. ("Midland"). Accordingly, the Court hereby dismisses this case with prejudice as to Equifax and Midland with leave to any party to move within 30 days from the date hereof to reinstate the case against defendants Equifax or Midland if the settlement agreement is not fully effectuated.

SO ORDERED.

New York, New York
November 16, 2026

JED S. RAKOFF, U.S.D.J.